District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel.* DEBRA INGERSOL, and DEBRA INGERSOL, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN WASHINGTON MEDICAL GROUP, INC., P.S.,<br><br>Defendant. | CASE NO. 19-cv-00369-BJR<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

The United States of America and the State of Washington (collectively, the "Governmental Entities") have filed an *ex parte* Application for an Extension of Time to Consider Election to Intervene seeking a six-month extension of time, from November 14, 2019 to May 14, 2020, to notify the Court whether they intend to intervene in this *qui tam* action. Such an extension of time is expressly contemplated by the False Claims Act and the Washington State Medicaid Fraud False Claims Act, which provide that the Governmental Entities "may, for good cause shown" move the Court for extensions of time. 31 U.S.C. § 3730(b)(3); Wash. Rev. Code § 74.66.050(3). The Court

ORDER - 1
(C19-369-BJR)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

finds that the *ex parte* Application establishes good cause.

Accordingly, it is hereby ORDERED that the Governmental Entities shall have until May 14, 2020 to notify the Court of their decision to intervene in this *qui tam* action. The Clerk shall maintain the Complaint and other filings under seal for the duration of the investigation.

DATED this 12th day of November, 2019.

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
United States District Judge

Presented By:

s/ *Ashley C. Burns*
ASHLEY C. BURNS, NYBA #5186382
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
E-mail: ashley.burns@usdoj.gov

s/ *Carrie L. Bashaw*
CARRIE L. BASHAW, WSBA #20253
Assistant Attorney General
Washington Office of the Attorney General
P.O. Box 40114
Olympia, WA 98504
Phone: 360-586-8888
E-Mail: Carrie.Bashaw@atg.wa.gov

ORDER - 2
(C19-369-BJR)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970