The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel*. DEBRA INGERSOL, and DEBRA INGERSOL, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN WASHINGTON MEDICAL GROUP, INC., P.S.,<br><br>Defendant. | CASE NO. 19-cv-00369-BJR<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on Plaintiff/Relator Debra Ingersol's Motion for Dismissal. Plaintiff/Relator has represented to the Court that Defendant Western Washington Medical Group provided approval of this motion by e-mail, and Defendant has not filed a response to the motion. The United States of America and the State of Washington have notified the Court that they consent to dismissal of this action without prejudice to their rights under the federal False Claims Act and the Washington State Medicaid Fraud False Claims Act.

1  Having reviewed the materials submitted by the parties, the Court GRANTS the motion for
2  dismissal (Dkt. No. 27).  Pursuant to 31 U.S.C. § 3730(b)(1) and RCW 74.66.050(1), the Court
3  ORDERS that all claims in this matter shall be dismissed against Defendant with prejudice to
4  Plaintiff/Relator Debra Ingersol, without prejudice to the United States, and without prejudice to the
5  State of Washington.  All parties shall bear their own fees and costs.
6  DATED this 29th day of September, 2021.

_____
Barbara Jacobs Rothstein
United States District Judge